1416 VILLENNOE vs. WHITMORE (Township Treasurer, Nester), No. 11782.

To compel payment of certain township orders.

Order to show cause issued February 4, 1891.

No answer being made to the order to show cause, a contempt order was issued, and on the return day of contempt order, respondent answered, stating that he had complied with the terms of the order first issued, and was thereupon purged of contempt.

1417 MURPHY (Township Treasurer) vs. TOWNSHIP TREASURER (Reeder), 56 M., 505.

To compel payment of an order of the township board where the treasurer returned that the township had by resolution directed him not to pay, and further, that there were no moneys in his hands with which to pay.

Denied April 29, 1885.

Return to an order to show cause is taken as true if no issue is made upon it.